# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Yacht BG; Svetoslav Zhekov,
                Plaintiff(s)

            V.                **DEFAULT JUDGMENT IN A CIVIL CASE**

Paul S. Faustin, Jr.
AKA Richard McGregor; Sean McGregor; Jeff
    McCalister; Sean Pitts; John Lovinski;
Ufreightbid, Inc.
AKA USCN Inc.; WWL Cargo; WWL Inc.      **CASE NUMBER:**      09cv646-MMA (WMc)
                Defendant(s)

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

that Judgment be entered in favor of Plaintiffs and against Defendants on all claims, for a total amount of $185,081.36.

| January 22, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                        s/ L. Hammer
(By)    L. Hammer
           Deputy Clerk
ENTERED ON January 22, 2010