UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YACHT BG, a Bulgarian corporation and SVETOSLAV ZHEKOV, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> PAUL S. FAUSTIN, JR., a/k/a RICHARD MCGREGOR, SEAN MCGREGOR, SEAN PITTS, JOHN LOVINSKI or JEFF MCCALISTER, an individual; UFREIGHTBID, INC., a/k/a USCN INC., WWL CARGO or WWL INC., a New Jersey corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 09 CV 0646 MMA WMc <br><br> **ORDER AMENDING DEFAULT JUDGMENT**; <br><br> [Doc. No. 13] <br><br> **AMENDED JUDGMENT** |

   This matter came before the above-entitled Court on January 22, 2010, on Plaintiffs Yacht BG, et al.'s Motion for Default Judgment against Defendants Paul S. Faustin, Jr. a/k/a Richard McGregor, Sean McGregor, Sean Pitts, John Lovinski, or Jeff McCalister, and UFreightBid, Inc. a/k/a USCN, Inc., WWWL Cargo, or WWL Inc. (collectively "Defendants"). The issues have been considered and a decision has been rendered [Doc. No. 12]. Pursuant to the Court's order, Plaintiffs have submitted a proposed amended judgment with the appropriate calculation and addition of the interests awarded as of the date of the Judgment. The Court has reviewed the proposed amended judgment. Accordingly,

1 **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment be entered in favor of
2 Plaintiffs and against Defendants on all claims, for **$177,415.36** in damages; **$14,387.66** in pre-
3 judgment interest on damages; **$6,923.75** in attorneys' fees; and **$742.25** costs, for a total amount of
4 **$198,801.02**. Post-judgment interest is ordered at the rate of **0.31 percent per annum**, which is the rate
5 equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of
6 Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.
7 **IT IS SO ORDERED**.

8 Dated: _January 26, 2010_____

*[signature]*
The Honorable Michael M. Anello
United States District Judge